

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00106-CV

Nell **RAMEY**,
Appellant

v.

Jessica A. **POLLET**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04119
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER all costs of this appeal taxed against appellant Nell Ramey.

SIGNED April 8, 2015.

Luz Elena D. Chapa, Justice